UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

FRIENDS OF ETNA TURPENTINE CAMP, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No.
) 3:17-CV-1409-J-34PDB
UNITED STATES FISH AND WILDLIFE SERVICE, )
)
and )
)
UNITED STATES DEPARTMENT OF THE INTERIOR, )
)
    Defendants. )

## SUMMONS IN A CIVIL ACTION
(5 U.S.C. § 522 - Freedom of Information Act)

TO:

UNITED STATES FISH AND WILDLIFE SERVICE,
1849 C Street NW, Rm 3331
Washington, DC 20240

A lawsuit has been filed against you.

Pursuant to 5 U.S.C. § 522(a)(4)(C), within 30 days after service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of the Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

Robert Hartsell, Esq. and Heidi Mehaffey, Esq of Robert N. Hartsell, P.A., 61 NE 1st Street, Suite C, Pompano Beach FL 33060.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

CLERK OF COURT

Date: 1/2/2018

_____
Signature of Clerk or Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

FRIENDS OF ETNA TURPENTINE CAMP, INC., )
)
    Plaintiff, )
)
v. ) Civil Action No.
) 3:17-CV-1409-J-34PDB
UNITED STATES FISH AND WILDLIFE SERVICE, )
)
and )
)
UNITED STATES DEPARTMENT OF THE INTERIOR, )
)
    Defendants. )

**SUMMONS IN A CIVIL ACTION**
(5 U.S.C. § 522 - Freedom of Information Act)

TO:

UNITED STATES DEPARTMENT OF THE INTERIOR,
1849 C Street, N.W.
Washington DC 20240

A lawsuit has been filed against you.

Pursuant to 5 U.S.C. § 522(a)(4)(C), within 30 days after service of this summons on you (not counting the day you received it) you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of the Civil Procedure. The answer or motion must be served on the Plaintiff or Plaintiff's attorney, whose name and address are:

Robert Hartsell, Esq. and Heidi Mehaffey, Esq of Robert N. Hartsell, P.A., 61 NE 1st Street, Suite C, Pompano Beach FL 33060.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: 1/2/2018      _____
                                                         *Signature of Clerk or Deputy Clerk*